Dismissed and Memorandum Opinion filed February 21, 2008








Dismissed
and Memorandum Opinion filed February 21, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00602-CV

____________

 

THOMAS R. AJAMIE and AJAMIE LLP, Appellants

 

V.

 

ROBERT WEISS and ROBERT H. WEISS& ASSOCIATES,
P.C., Appellees

 



 

On Appeal from the
151st District Court

Harris County,
Texas

Trial Court Cause
No. 2006-33057

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 7, 2007.  On February 11, 2007,
appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 21, 2008.

Panel consists of Justices Yates, Guzman, and Brown.